ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (State Bar No. 248634)
Assistant United States Attorney
SEKRET T. SNEED (State Bar No. 217193)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442/3551
    Facsimile: (213) 894-7819
    E-mail:indira.j.cameron-banks@usdoj.gov
        sekret.sneed@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER G. MORRIS, *et al.*<br><br>    Defendants. | No. CV10-4436 GHK (RC)<br><br>JOINT STIPULATION RE: ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST PETER G. MORRIS, PETER MORRIS d/b/a THE TEAM REALTY GROUP AND PETER MORRIS d/b/a NATIONS WEST INVESTMENT<br><br>[Concurrently Filed with Proposed Order] |

Plaintiff United States of America ("United States"), and defendants Peter G. Morris, Peter G. Morris dba The Team Realty Group and Peter G. Morris dba Nations West Investments (collectively, "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to the entry of a Temporary Restraining Order and Preliminary Injunction as follows:

1. Defendants are enjoined and restrained from engaging in the following acts during the pendency of the above-entitled action:

(a) acting in any capacity, including, but not limited to, as a real estate agent, salesperson or broker, including but not limited to an agent for buyers ("buyers agent") or sellers ("sellers agent" or "listing agent"), real estate agent, real estate broker, mortgage broker, loan officer, or loan processor, as allowed and defined by California law, including, but not limited to, applicable California licensing authorities and the California Business and Professions Code.

(b) selling, offering to sell, buying, offering to buy, soliciting offers to buy, soliciting prospective sellers or purchasers of, soliciting or obtaining listings of, negotiating the purchase, sale, or exchange of real property or any interest or title thereof;

(c) selling or offering to sell, buying or offering to buy, or exchanging or offering to exchange, a real property sales contract, or a promissory note secured directly or collaterally by a lien on real property or on a business opportunity, or performing services for the holders thereof;

(d) soliciting borrowers or lenders for, or negotiating loans or collecting payments or performing services for borrowers or lenders or note owners in connection with loans secured directly or collaterally by liens on real property or on a business opportunity;

(e) using the mails or wire transmissions or causing use of the mail or wire transmissions in connection with any attempt or effort by any individual or entity, including but not limited to any Defendants, obtaining, securing, applying

for any type of mortgage loan, including but not limited to conventional mortgages or any mortgage insured by any federal entity such as the Federal Housing Administration ("FHA") or Department of Veterans Affairs ("VA").

(f) soliciting or obtaining clients, consumers, individuals, entities or prospective borrowers, for originating, processing, preparing, or otherwise handling any type of mortgage loan, including but not limited to conventional mortgages or any mortgage loan insured by any federal entity, including FHA or VA-insured mortgage loans;

(g) originating, processing or preparing, or causing or participating in the origination, processing or preparation of, any type of mortgage loan, including but not limited to conventional mortgages or any insured by any federal entity, including FHA or VA-insured mortgage loans;

(h) submitting, or causing to be submitted, any claims for FHA or VA insurance coverage on loans in default;

(i) submitting, or causing to be submitted, or participating in any way in any submission for any requests to any type of mortgage loan lender in connection to any type of mortgage loan obligation.

(j) engaging in any real estate transactions involving transfers, sales and/or purchases of any real property currently owned by Defendants, or been owned within the last ten (10) years, or any real property currently owned by or that has been owned by within the last ten (10) years by any household family member of Defendants, without the prior approval of the Court.

(k) destroying, moving, altering, disposing of or in any other fashion failing to maintain business, financial, accounting, real estate and legal records relating to real estate transactions during the past ten (10) years;

2. To the extent Defendants are licensed to do so pursuant to the appropriate state law, excluded from Paragraph 1 are the following acts only:

(a) To the extent Defendants are currently serving as a listing agent

in connection with any existing listing agreements for real properties that were entered into before the date of the signing of this Stipulation, Defendants may continue to serve in such capacity until the listing expires, ends, or is withdrawn for any reason;

  (b) To the extent any of the properties under Paragraph 2(a) are currently in escrow, or will be in escrow, Defendants must send via U.S. mail addressed to Assistant United States Attorneys Indira J. Cameron-Banks and Sekret T. Sneed, United States Attorney's Office, Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, California 90012 ("USAO"), any and all relevant documents relating to the transaction, including, but not limited to, any mortgage loan application and the California Residential Purchase Agreement and Joint Escrow Instructions within five (5) business days after the Court enters an Order regarding this stipulation, or to the extent that a property under Paragraph 2(a) is not currently in escrow, within five (5) business days after a property goes into escrow.

  (c) Defendants may conduct the following specific acts in connection with rentals and/or leases of residential and/or commercial real properties:

    (i) solicit, negotiate, prepare, maintain, draft, or process rental or lease agreements; and,

    (ii) solicit and conduct management activities in connection to rental properties, including showing property, conducting maintenance, and collecting rents.

 3. Within five (5) days after the date the Court enters an Order regarding this Stipulation, Defendants must provide the USAO with a list of all real properties that Defendants currently are involved with in any capacity, including, but not limited to, as a listing agent, real estate agent and/or real estate broker.

 4. Starting on October 30th, and on the 30th of each month after the

1  Court enters an Order regarding the Stipulation, Defendants must provide the
2  USAO with a list of all real properties that Defendants currently are involved with
3  in any capacity, including, but not limited to, as a listing agent, real estate agent
4  and/or real estate broker.  This reporting requirement shall continue during the
5  pendency of this action.

Dated: October 8, 2010            Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


____/s/_____
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 8, 2010            Respectfully submitted,

JOZEF G. MAGYAR
LAW OFFICES OF HERMAN THORDSEN


____/s/_____
JOZEF G. MAGYAR

Attorneys for Defendants
PETER G. MORRIS, PETER G. MORRIS dba
THE TEAM REALTY GROUP and PETER G.
MORRIS dba NATIONS WEST INVESTMENTS