ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (State Bar No. 248634)
Assistant United States Attorney
SEKRET T. SNEED (State Bar No. 217193)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-3551
    Facsimile:   (213) 894-7819
    E-mail:   indira.j.cameron-banks@usdoj.gov
                sekret.sneed@usdoj.gov

E-FILED: 11/18/10

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV10-4436 GHK (RC) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] PRELIMINARY INJUNCTION AGAINST DEFENDANTS ELIZABETH AGUILERA AND ALICE YOUNG |
| v. | |
| PETER G. MORRIS, *et al.* | |
| Defendants. | |

After full consideration of plaintiff United States of America's Application for Temporary Restraining Order that the Court has deemed a Motion for Preliminary Injunction, the Court HEREBY ORDERS the following:

1. Defendants Elizabeth Aguilera and Alice Young are enjoined and restrained from engaging in the following acts during the pendency of the above-entitled action:

(a) acting in any capacity, including, but not limited to, as a real estate agent, salesperson or broker, including but not limited to an agent for buyers ("buyers agent") or sellers ("sellers agent" or "listing agent"), real estate agent, real estate broker, mortgage broker, loan officer, or loan processor, as allowed and defined by California law, including, but not limited to, applicable California licensing authorities and the California Business and Professions Code;

(b) selling, offering to sell, buying, offering to buy, soliciting offers to buy, soliciting prospective sellers or purchasers of, soliciting or obtaining listings of, negotiating the purchase, sale, or exchange of real property or any interest or title thereof;

(c) selling or offering to sell, buying or offering to buy, or exchanging or offering to exchange, a real property sales contract, or a promissory note secured directly or collaterally by a lien on real property or on a business opportunity, or performing services for the holders thereof;

(d) soliciting borrowers or lenders for, or negotiating loans or collecting payments or performing services for borrowers or lenders or note owners in connection with loans secured directly or collaterally by liens on real property or on a business opportunity;

(e) using the mails or wire transmissions or causing use of the mail or wire transmissions in connection with any attempt or effort by any individual or entity, including but not limited to any Defendant, to obtain, secure, or apply for any type of

mortgage loan, including but not limited to conventional mortgages or any mortgage insured by any federal entity such as the Federal Housing Administration ("FHA") or Department of Veterans Affairs ("VA");

(f) soliciting or obtaining clients, consumers, individuals, entities or prospective borrowers, for originating, processing, preparing, or otherwise handling any type of mortgage loan, including but not limited to conventional mortgages or any mortgage loan insured by any federal entity, including FHA or VA-insured mortgage loans;

(g) originating, processing or preparing, or causing or participating in the origination, processing or preparation of, any type of mortgage loan, including but not limited to conventional mortgages or any insured by any federal entity, including FHA or VA-insured mortgage loans;

(h) submitting, or causing to be submitted, any claims for FHA or VA insurance coverage on loans in default;

(i) submitting, or causing to be submitted, or participating in any way in any submission for any requests to any type of mortgage loan lender in connection to any type of mortgage loan obligation;

(j) engaging in any real estate transactions involving transfers, sales and/or purchases of any real property currently owned by Defendants, or been owned within the last ten (10) years, or any real property currently owned by or that has been owned by within the last ten (10) years by any household family member of Defendants, without the prior approval of the Court; and,

(k) destroying, moving, altering, disposing of or in any other fashion failing to maintain business, financial, accounting, real estate and legal records relating to real estate transactions during the past ten (10) years.

2. Within five (5) calendar days after the date the Court enters this Preliminary Injunction, Defendants must send via U.S. mail addressed to Assistant

1  United States Attorneys Indira J. Cameron-Banks and Sekret T. Sneed, United States
2  Attorney's Office, Federal Building, Suite 7516, 300 North Los Angeles Street, Los
3  Angeles, California 90012 a list of all real properties that the Defendant currently is
4  involved with in any capacity, including, but not limited to, as a listing agent, real
5  estate agent and/or real estate broker.  To the extent there are no such properties,
6  Defendants must certify that there are none.
7  //
8  //
9  //

3. Starting on the 30th of each month after the Court enters this Preliminary Injunction, Defendants must send via U.S. mail addressed to Assistant United States Attorneys Indira J. Cameron-Banks and Sekret T. Sneed, United States Attorney's Office, Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, California 90012, an updated list of all real properties that Defendants reported in response to Paragraph 2, to the extent there are any such relevant properties. This reporting requirement shall continue during the pendency of this action.

Dated: 11/18/10

Honorable George H. King
United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

　　/s/
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA